United States District Court
Southern District of Texas
**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROCIO NAJERA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-185 |
| | § | |
| INTEVA PRODUCTS, LLC, <u>et al</u>., | § | |
|    Defendants. | § | |

## ORDER

On December 20, 2021, the parties filed a joint stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 23. The stipulation dismisses this action without court order.

The Clerk of Court is directed to close this matter. Except as provided by any settlement agreement, each party shall bear its own fees and costs.

DONE at Brownsville, Texas, on December 21, 2021.

_____
Ronald G. Morgan
United States Magistrate Judge

1